Colleen O'Hara
Attorney At Law
California State Bar No. 201827
205 South Broadway, Suite 902
Los Angeles, CA 90012
Telephone (213) 628-3929
Facsimile  (213) 628-3908
Email:     colleenoharalaw@yahoo.com (For Court orders)
           assistantoharalaw@gmail.com (For service by opposing counsel)
Attorney for Plaintiff Lymbhya Tavera Garcia

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| LYMBHYA TAVERA GARCIA,<br><br>    Plaintiff,<br><br>v.<br><br>TARGET CORPORATION AND DOES 1-100,<br><br>    Defendants. | CASE NO.  2:21-cv-00492 VAP (AGRx)<br><br>**ORDER RE: STIPULATION TO REMAND REMOVED ACTION**<br><br><br>Honorable Virginia A. Phillips, Judge |

**ORDER**

On January 28, 2021, the Parties to the above-referenced action filed a Stipulation to Remand Removed Action.  The Court having reviewed that stipulation and good cause appearing, orders as follows:

1. The Parties' stipulation is approved;

2. Central District of California case number 2:21-cv-00492 VAP (AGRx**)**, styled LYMBHYA TAVERA GARCIA v. TARGET CORPORATION,

AND DOES 1-100, is hereby remanded to the Los Angeles County Superior Court.

IT IS SO ORDERED:

Dated: February 8, 2021

_____
THE HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE